AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
## for the
### Western District of New York

United States of America

v.

**ALI FAQIH**

*Defendant.*

Case No. 22-MJ- 22-531

## CRIMINAL COMPLAINT

I, **JOHN T. DENZ**, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between the dates of February 15, 2022 and February 17, 2022, in the County of Monroe, in the Western District of New York, the defendant did knowingly and unlawfully transmit in interstate commerce e-mails containing threats to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

This Criminal Complaint is based on these facts:

SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT JOHN T. DENZ, FBI.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

JOHN T. DENZ, SPECIAL AGENT, FBI
*Printed name and title*

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim. P. 4.1 and 4(d) on:

Date: February 18 2022

City and State: Rochester, New York

_____
*Judge's signature*

HONORABLE MARIAN W. PAYSON
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

        - v -　　　　　　　　　　　　　　　　　　　　22-MJ- 531

ALI FAQHI,

               Defendant
_____

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

State of New York  )
County of Monroe  )   ss:
City of Rochester   )

I, **JOHN T. DENZ**, being duly sworn, depose and state the following:

#### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have served in this capacity for approximately 2 years. I am currently assigned to the FBI Rochester Resident Agency in Rochester, New York. In my duties as a Special Agent, I investigate federal violations related to international and domestic terrorism, including violent crimes. I further state that I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

2. I make this affidavit in support of a criminal complaint charging **ALI FAQIH** with violations of 18 U.S.C. § 875(c), to wit, the interstate transmission of threats to injure the person of another.

3.      The assertions made in this affidavit are based on information from various sources, including information from the victims, witnesses, and substantive e-mails from received from the victims from FAQIH. Further, I have had discussions with law enforcement officers and agents involved in this investigation who have confirmed the accuracy of the information contained within this affidavit. Because this affidavit is being submitted for a limited purpose, I have not included each and every fact that I know concerning this investigation. Rather, I have set forth only the facts that relate to the issue of whether probable cause exists to believe that FAQIH committed the above-described offense.

### FACTS ESTABLISHING PROBABLE CAUSE

4.      ALI FAQIH is a 33-year old male, who has no fixed address. An investigation by the FBI was initiated after telephonic contact from Kerry Steenburgh, Human Resources Director for Aerosafe Global, located at 460 Buffalo Road, Rochester, NY 14611. Aerosafe Global is a packaging company that manufactures refrigerated boxes for shipping Pfizer COVID-19 vaccines. Steenburgh notified the FBI about death threats received from FAQIH to another employee, Joseph Charles, and his daughter. FAQIH also sent threats to various Aerosafe Global employees.

5.      FAQIH was recently employed as a senior software developer with Aerosafe Global from January 10, 2022 to February 15, 2022. The position came with a 90-day probationary status. The position was intended for remote work but FAQIH unexpectedly appeared at the company in Rochester. After the first week of employment, FAQIH informed Aerosafe Global he was going to travel to Chicago to see a friend, and that he would thereafter work remotely from Chicago. However, company staff noticed that FAQIH left his vehicle

2

in the company parking lot. The vehicle is a dark colored Ford Explorer with a temporary New Jersey license plate, bearing W812788. FAQIH was instructed that he needed to remove the vehicle, but he did not. Approximately two weeks later, FAQIH's vehicle was towed and is currently impounded at 801 West Avenue, Building 4, Rochester, NY.

6.     On February 17, 2022, the FBI interviewed Joseph Charles of Aerosafe Global telephonically. Charles stated that he began working for Aerosafe Global approximately three weeks ago. Charles was responsible for directly supervising FAQIH. According to Charles, FAQIH exhibited unprofessional behavior in the workplace to include inappropriate material and language in work emails, chats, personal interactions and presentations. Due to these workplace issues, and given his probationary status, management at Aerosafe Global decided to terminate FAQIH's employment with them. On Tuesday, February 15, 2022, at approximately 4:55 P.M., Kerry Steenburgh and Joseph Charles contacted FAQIH and informed him he was being terminated. FAQIH angrily responded with a string of profanities and asked, "What's to stop me from burning this company to the ground?" Steenburgh asked FAQIH if that was a threat, to which FAQIH responded by hanging up the phone.

7.     In the aftermath of the conversation, FAQIH began to bombard Charles with rambling emails, some of which included bizarre threats. The emails started on Tuesday, February 15th and continued through Thursday, February 17th. In one email, FAQIH claimed to have twenty-four advanced drones, controlled by cellular telephone, capable delivering an explosive payload. And, as further described below, FAQIH clearly communicated a threat to injure others.

8.      At first, Aerosafe Global was not sure at first whether to take the threats very seriously. However, in one email to Charles on February 16th, FAQIH stated that he intended to kill Charles' daughter on "Friday" (02/18/2022). FAQIH claimed his wife and daughter died in October 2021 and he wanted Charles to feel the same pain FAQIH experienced with the loss of his daughter.

9.      Charles' daughter, XXXX,[1] is a student at a college located in upstate New York. On February 16th, Charles' daughter contacted her father to let him know that a person named Ali FAQIH had reached out to her via Facebook messenger. This obviously caused Charles to have significant concerns regarding the potential that FAQIH might carry out his threats.

---

[1] The daughter's name is purposely not being revealed in this affidavit for security reasons.

4



## THREATENING EMAIL's FROM ALI FAQIH

10.     On February 16, 2022 at 6:58 P.M. FAQIH wrote the following in an email to Joseph Charles: "I have 24 drones, from a distance, no idea where I live, I actually, clearly might have some experience with this. To the point of using various cellphones unregistered to you different drones, one of them can drop a phone with a release, flying into someone, how do you stop that , well you can't I've obviously perfected it with a fascinatination , congratulations first time I got fired and you did it. When do I kill you , it has to be by March

15 for vacations reason but I am going to , for you not to be worried ☹ is what I'm banking on , they come quick , where a helmet and gogglss , see I'm a very nice guy I gave you a heads up . 7 of the drones were in my car lol , the rest in beantown this works out well. There's really no way to prove it , trust me , this is your boss - tim , see 🙈 ".

11. On February 16, 2022 at 7:34 P.M. FAQIH wrote the following in an e-mail to Joseph Charles, subject title "About the threat": "Your daughter dies on Friday , now youll know how it feels and why I asked about your daughter , I want to see how you feel after losing her like I did in October , that's whats going on , you really think I was going fucking tell an insensitive shit like you, when you lose your family you don't give a shit about laws and I'm done so that makes you the unlucky targets , get it ? Does this now make sense".

12. On February 16, 2022 at 10:53 P.M. FAQIH wrote the following in an email to Joseph Charles, subject title "final memories": "[your daughter] is pretty hot, how are my guys bluffing so far you fucking prick. I'll kill everyone named charles while im on the west coast. Faggot the entire company makes what my x gf makes you poor fuck".

13. On February 16, 2022 at 8:13 A.M., FAQIH wrote the following in an email to Joseph Charles, subject title "bad luck": "probably, if there was a way to stop me i wouldn't be writing to you. Yes this stuff still exists. next time watch your behavior. I will not let you live under any circumstances."

14. On February 17, 2022 at 9:05 A.M., FAQIH wrote the following in an email to several employees at Aerosafe Global, including Vinu Thomas, Scott Whyte, Joseph Charles, Christopher Marasco, Kerry Steenburgh, Andy Ng, and Timothy Nickson, subject

6

title "With Pictures, Family of Lawyers": "Also the muslim angle, lets be real with my last name and as the owner of this mosque think about what i can do. Potential maybe. you fired me after my daughter and my wife died at 2021 without warning or prior sickness. So yes i will choose to timebomb now, way to fire somone for the first time in there 30s who was doing better than you would have been given the circumstances."

## CONCLUSION

15. Based on the foregoing, I submit there is probable cause to believe that, on the above dates, in the Western District of New York, ALI FAQIH committed violations of 18 U.S.C. § 875(c) transmitting in interstate commerce e-mails containing threats to injure the person of another.

JOHN T. DENZ
FBI Special Agent

Affidavit submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me telephonically pursuant to
Fed. R. Crim. P. 4.1 and 4 (d) on February 18, 2022.

HONORABLE MARIAN W. PAYSON
United States Magistrate Judge
Western District of New York

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   v.                 22-MJ-531 MJP

ALI FAQIH,

     Defendant.

## ORDER

Upon the application of the United States;

**IT IS HEREBY ORDERED**, that the criminal complaint and supporting affidavit and all related attachments are unsealed.

DATED: Rochester, New York
     March 3rd, 2022

                  _____
                  HON. MARK W. PEDERSEN
                  United States Magistrate Judge